UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANNETTE SANDERSON and
JUSTICE BEY-ALLAH,                                          JUDGMENT

                                                                                                     21-CV-2498 (AMD) (LB)

                Plaintiffs,

     v.

HSBC BANK USA, WELLS FARGO, and
AYDIN BK HOLDING INC.,

               Defendants.
---------------------------------------------------------------X

        A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on July 26, 2021, dismissing this action without prejudice, for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that this action is dismissed, without prejudice, for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; that *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York                                        Douglas C. Palmer
        September 21, 2021                                     Clerk of Court

                                                                 By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk